ROBERT GOLDSTEIN (SBN 184226)
EDUARDO GONZALEZ (SBN 123929)
Law Offices of Robert L. Goldstein
100 Bush Street, Suite 501
San Francisco, CA 94104
Phone: (415) 391-8700
Fax: (415) 391-8701
rgoldstein@taxexit.com
egonzalez@taxexit.com
Attorneys for Defendant
PETER DRACOPOULOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER DRACOPOULOS, an individual, WELLS FARGO BANK, N.A., STATE OF CALIFORNIA FRANCHISE TAX BOARD; and COUNTY OF SAN FRANCISCO,<br><br>Defendants._____/ | Case No. 3:21-cv-09623-LB<br><br>**ORDER PURSUANT TO STIPULATION OF PARTIES REGARDING ADMINISTRATIVE MOTION TO STAY TIME FOR PARTIES TO FILE BRIEFS AND VACATE HEARING DATE**<br><br>[Civil L.R. 6-1, 6-2, 7-11] |

ORDER

The Court, having considered the administrative motion of defendant Peter Dracopoulos and the Stipulation of the parties pursuant to *Civil L.R. 6-1, 6-2 and L.R. 7-11,* and good cause appearing, hereby stays the time set in the Court's Order dated June 16, 2023 (Doc. 70) for filing of the Parties' letter briefs regarding the estoppel issues, and the parties' memoranda on the

1

Order re Admin. Motion.VacateTime to file briefs/vacate hearing date;        Case No. 3:21-cv-09623-LB

penalty-abatement issues and vacates the hearing on the summary judgment motion set for August 10, 2023.

IT IS SO ORDERED.

Dated:  June 26, 2023

_____
Hon. Laurel Beeler
United States Magistrate