ROBERT GOLDSTEIN (SBN 184226)
EDUARDO GONZALEZ (SBN 123929)
Law Offices of Robert L. Goldstein
100 Bush Street, Suite 501
San Francisco, CA 94104
Phone: (415) 391-8700
Fax: (415) 391-8701
*rgoldstein@taxexit.com*
*egonzalez@taxexit.com*
Attorneys for Defendant
PETER DRACOPOULOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER DRACOPOULOS, an individual, WELLS FARGO BANK, N.A., STATE OF CALIFORNIA FRANCHISE TAX BOARD; and COUNTY OF SAN FRANCISCO,<br><br>Defendants._____/ | Case No. 3:21-cv-09623-LB<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Status Conference<br>Date: October 26, 2023<br>Time: 11:00 a.m.<br>Court: VIDEOCONFERENCE ONLY |

The Parties, collectively defendant Peter Dracopoulos ("Mr. Dracopoulos" or "Defendant"), and plaintiff United States of America ("Plaintiff" or "United States") jointly submit this Updated Joint Case Management Statement.

On August 30, 2023, the Court vacated all dates and set a status conference for October 26, 2023 and directed the filing of a short update a week prior to the conference. *See* Doc. 76 (Clerk's Notice).

As noted in the parties' Updated Joint Case Management Statement filed on August 30, 2023 (Doc. 75), the parties are nearing agreement on the settlement terms.

Currently, the parties have exchanged detailed proposals for resolution of the case and are working towards agreement on these details.

The parties expect to be able to provide further details to the Court at the Status Conference on October 26, 2023, including the time needed for entry of Stipulation to resolve the remaining issues and for plaintiff's counsel to obtain approval of any settlement agreement reached by the parties to present to the court for entry of order.

**SO STIPULATED**:

For Plaintiff UNITED STATES OF AMERICA:

By: /s/*Chelsea Bissell*     Dated: October 19, 2023
    CHELSEA BISSELL
    Trial Attorney, Tax Division
    U.S. Department of Justice

For Defendant PETER DRACOPOULOS:

By : /s/*Robert Goldstein*  Dated: October 19, 2023
    ROBERT GOLDSTEIN
    Attorney for Defendant
    PETER DRACOPOULOS