DAVID A. HUBBERT
Deputy Assistant Attorney General

Chelsea Bissell (MTBN 58862977)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-1372
(202) 307-0054 (f)
Chelsea.E.Bissell@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>PETER DRACOPOULOS,<br> an individual, WELLS FARGO BANK, N.A.,<br>STATE OF CALIFORNIA FRANCHISE TAX<br>BOARD; and COUNTY OF SAN<br>FRANCISCO,<br><br>                    Defendants. | Case No. 3:21-cv-09623-LB<br><br>**STATUS REPORT**<br><br>Status Conference<br>Date: July 18, 2024<br>Time: 11 a.m.<br>Court: VIDEOCONFERENCE ONLY |

United States of America and Defendant Peter Dracopoulos jointly submit this Status Report.

The parties have been working toward a possible settlement since June 2023. At the time of filing, the agreement remains unsigned by Mr. Dracopoulos and his housemate, John Ormerod. The United States sent Mr. Dracopoulos an updated Offer Acknowledgment Letter on April 2, 2024, outlining the terms of Mr. Dracopoulos' offer to the United States. On May 2,

2024, counsel for Mr. Dracopoulos informed counsel for the United States that Mr. Dracopoulos agrees with the terms of the settlement but had yet to obtain a signature from Mr. Ormerod. On June 17, 2024 and July 9, 2024, counsel for the United States requested updates from Mr. Dracopoulos' counsel about obtaining the necessary signatures from Mr. Ormerod and Mr. Dracopoulos. On July 9, 2024, counsel for Mr. Dracopoulos stated that he expects the Offer Acknowledgment Letter to be signed in two or three weeks.

The parties respectfully request the Court to reschedule the status conference by at least 60 days to give the parties adequate time to finalize the pending settlement. If the Court wishes to keep the current status conference, the parties will provide further details of their progress on July 18, 2024.

Dated: July 11, 2024                    */s/ Chelsea Bissell*
                                        Chelsea Bissell
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Counsel for Plaintiff United States

Dated: July 11, 2024                    */s/ RG*
                                        Robert Goldstein
                                        Law Offices of Robert L. Goldstein
                                        Counsel for Defendant Peter Dracopoulos