ROBERT GOLDSTEIN (SBN 184226)
EDUARDO GONZALEZ (SBN 123929)
Law Offices of Robert L. Goldstein
100 Bush Street, Suite 501
San Francisco, CA 94104
Phone: (415) 391-8700
Fax: (415) 391-8701
rgoldstein@taxexit.com
egonzalez@taxexit.com

Attorneys for Defendant
PETER DRACOPOULOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>PETER DRACOPOULOS, an individual, WELLS FARGO BANK, N.A., STATE OF CALIFORNIA FRANCHISE TAX BOARD; and COUNTY OF SAN FRANCISCO,<br><br>                Defendants. | Case No. 3:21-cv-09623-LB<br><br>**STATUS REPORT**<br><br>Status Conference<br>Date: December 12, 2024<br>Time: 11 a.m.<br>Court: VIDEOCONFERENCE ONLY |

      United States of America and Defendant Peter Dracopoulos jointly submit this Status Report.

      The prior joint Status Report, filed July 11, 2024, indicated that Mr. Dracopoulos agreed with the terms of settlement, with signature from his housemate, John Ormerod, expected thereafter. *See* ECF Doc. 87. Since the July status report, Mr. Dracopoulos has continued to

suffer from various health complications and has indicated to his counsel that he expects to be able to perform a final review and sign off on the agreement prior to the end of the year.

The parties respectfully request the Court to reschedule the status conference by at least 60 days to give the parties adequate time to finalize the pending settlement. If the Court wishes to keep the current status conference, the parties request the date of the conference be moved to after December 19, 2024, since counsel for the United States will be on travel until that date.

Dated: December 4, 2024        */s/ Chelsea Bissell*

                                      Chelsea Bissell
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      Counsel for Plaintiff United States

Dated: December 5, 2024        */s/ RG*

                                      Robert Goldstein
                                      Law Offices of Robert L. Goldstein
                                      Counsel for Defendant Peter Dracopoulos